# United States Court of Appeals
# for the Fifth Circuit

———————————

**No. 22-50386**
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
March 16, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOSE LUIS ARGUELLES-QUINTERO,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:21-CR-1073-1

———————————————————

Before SMITH, SOUTHWICK, and DOUGLAS, *Circuit Judges.*

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose Luis Arguelles-Quintero has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Arguelles-Quintero has filed a letter in response requesting the appointment of new counsel. We have reviewed

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-50386

counsel's brief and the relevant portions of the record reflected therein, as well as Arguelles-Quintero's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Arguelles-Quintero's motion for the appointment of new counsel is DENIED as untimely. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).